UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

_Daryle Raymond McNaes_

_____

(Enter above the full name of
plaintiff in this action)

v.

_Pennsylvania Power_
_Light Company_
_(PPL)_

_____

(Enter above the full name of
defendant(s) in this action)

:
:
:
:
:
:
:
:
:
:
:
:
:

CIVIL CASE NO. 4: CV 13 2612

(to be supplied by Clerk
of the District Court)

FILED
WILLIAMSPORT

OCT 22 2013

PER_____

DEPUTY CLERK

COMPLAINT

1. The plaintiff _Daryle R. McNaes_ a citizen of
the County of _Columbia_ State of
Pennsylvania, residing at _1248 Old Berwick Rd. Bloomsburg 17815_
wishes to file a complaint under _Americans with Disability_
(give Title No. etc.)
_Act and the Rehab Act._

2. The defendant is _PPL (Pennsylvania Power Light Co.)_
_____

3. STATEMENT OF CLAIM: (State below the facts of your case.  If you have paper
exhibits that give further information of your case, attach them to this
completed form.  Use as much space as you need.  Attach extra sheet(s) if
necessary) _Please see attached_

- 1 -

3. (CONTINUED) _____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

4. WHEREFORE, plaintiff prays that *THE COURT AWARDS A JURY*
                                    (state what you wish the Court to do)

*TRIAL AND ALL AVAILABLE RELIEF*

_____

_____

_____

_____

_____

_____

                    *Douglas R. McNelis*
                    (Signature of plaintiff)

**Factual Statement**

1. The Plaintiff, Daryle R. Mcnelis started working for PPL as a Nuclear Security Officer I on June 2, 2009 and worked for PPL until May 22, 2012.
2. Plaintiff was working as a Nuclear Security Officer II in May of 2012 and was recommended for promotion to Controller by his Security Shift Supervisor Michael McCabe.
3. Plaintiff was having difficulty sleeping and sought medical treatment April 19, 2012.
4. Plaintiff admitted himself to Geisinger Medical Center on aforementioned date and was released on April 20, 2012.
5. Plaintiff was given a return to work authorization from Geisinger Medical Center for April 23, 2012.
6. Plaintiff attempted to return to work and was informed his unescorted access was placed on hold.
7. April 2012 PPL terminated Plaintiff from employment for seeking mental health treatment and was improperly and incorrectly regarded as an alcoholic due to a misinterpretation of Plaintiff's medical release records by David G Thompson Ph.D. SAE.
8. Plaintiff asks for a jury trial and all available relief due to PPL discriminating against Plaintiff for seeking mental health treatment for being unable to sleep and improperly and incorrectly regarding Plaintiff as an alcoholic.

EEOC Form 161 (2/08)

U. **EQUAL** **EMPLOYMENT** **OPPORTUNITY** **COMMISSION**

## DISMISSAL AND NOTICE OF RIGHTS

| To: | Daryle McNelis<br>1248 Old Berwick Road<br>Bloomsburg, PA 17815 | From: | Philadelphia District Office<br>801 Market Street<br>Suite 1300<br>Philadelphia, PA 19107 |
|---|---|---|---|

| ☐ | On behalf of person(s) aggrieved whose identity is<br>CONFIDENTIAL (29 CFR §1601.7(a)) | | |
|---|---|---|---|
| EEOC Charge No. | | EEOC Representative | Telephone No. |
| **846-2012-15988** | | **Legal Unit** | **(215) 440-2828** |

### THE EEOC IS CLOSING ITS FILE ON THIS CHARGE FOR THE FOLLOWING REASON:

| ☐ | The facts alleged in the charge fail to state a claim under any of the statutes enforced by the EEOC. |
|---|---|
| ☐ | Your allegations did not involve a disability as defined by the Americans With Disabilities Act. |
| ☐ | The Respondent employs less than the required number of employees or is not otherwise covered by the statutes. |
| ☐ | Your charge was not timely filed with EEOC; in other words, you waited too long after the date(s) of the alleged discrimination to file your charge |
| ☒ | The EEOC issues the following determination: Based upon its investigation, the EEOC is unable to conclude that the information obtained establishes violations of the statutes. This does not certify that the respondent is in compliance with the statutes. No finding is made as to any other issues that might be construed as having been raised by this charge. |
| ☐ | The EEOC has adopted the findings of the state or local fair employment practices agency that investigated this charge. |
| ☐ | Other (briefly state) |

### - NOTICE OF SUIT RIGHTS -
*(See the additional information attached to this form.)*

**Title VII, the Americans with Disabilities Act, the Genetic Information Nondiscrimination Act, and/or the Age Discrimination in Employment Act:** This will be the only notice of dismissal and of your right to sue that we will send you. You may file a lawsuit against the respondent(s) under federal law based on this charge in federal or state court. Your lawsuit **must be filed WITHIN 90 DAYS of your receipt of this notice**; or your right to sue based on this charge will be lost. (The time limit for filing suit based on a state claim may be different.)

**Equal Pay Act (EPA):** EPA suits must be filed in federal or state court within 2 years (3 years for willful violations) of the alleged EPA underpayment. This means that **backpay due for any violations that occurred more than 2 years (3 years) before you file suit may not be collectible.**

On behalf of the Commission

Enclosures(s)

Spencer H. Lewis, Jr.
**District Director**

7/25/13
*(Date Mailed)*

cc:     **Director of Human Resources, PPL Corporation**