IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| DARYLE MCNELIS, | : | Case No. 4:13-CV-02612 |
| Plaintiff, | : | (Judge Brann) |
| v. | : | |
| PENNSYLVANIA POWER & LIGHT, SUSQUEHANNA, LLC, | : | |
| Defendant. | : | |

**ORDER**

September 19, 2016

AND NOW, in accordance with the Memorandum of this same date, IT IS HEREBY ORDERED THAT:

1. United States Magistrate Judge Susan E. Schwab's Report and Recommendation (ECF No. 104) is ADOPTED in its entirety.

2. Defendant's Motion for Summary Judgment (ECF No. 57) is GRANTED.

3. Defendant's Motion to Preclude Plaintiff's Expert (ECF No. 81) is DENIED as moot.

4. Defendant's Motion to Strike Response as Untimely (ECF No. 116) is DENIED.

5. Plaintiff's Motion for Leave to File His Reply Brief Out of Time (ECF NO. 119) is GRANTED.

6. The Clerk is directed to enter final judgment in favor of Defendant and to close the case.

7. A Certificate of Appealability will not issue.

BY THE COURT:

   s/ Matthew W. Brann
Matthew W. Brann
United States District Judge