AO 450 (Rev. 11/11) Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Middle District of Pennsylvania

| | |
|---|---|
| DARYLE MCNELIS ) | |
| _Plaintiff_ ) | |
| v. ) | Civil Action No. 4:13-CV-02612 |
| PENNSYLVANIA POWER & LGHT, SUSQUEHANNA, LLC, ) | |
| _Defendant_ ) | |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____.

☑ other:   Judgment be and is hereby entered in favor of Defendant Pennsylvania Power & Light, Susquehanna, LLC and against Plaintiff, in accordance with this Court's Order, entered 9/19/2016, ECF No 123 granting Defendant's motion for summary judgment, ECF No. 57.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge   Matthew W. Brann _____ on a motion for summary judgment, ECF Nos. 57.

Date:   September 19, 2016

PETER J. WELSH, ACTING CLERK OF COURT

_Kathy A. McLaughlin_
*Signature of Clerk or Deputy Clerk*  Deputy

**FILED
WILLIAMSPORT

SEP 19 2016

PER _____
DEPUTY CLERK**